# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

RONALD G. CRAWFORD, Individually
and on behalf of R/O IRA fbo Ronald G. Crawford
and SOUTHLAND METALS, INC.                       PLAINTIFFS

VS.                       NO. 4:17CV00607 JM

JLC2011, INC. formerly known as STACK
MEDIA, INC. and NICK PALAZZO                       DEFENDANTS

## ORDER

Pending is the parties joint motion to dismiss with prejudice. (Docket #21). For good cause shown, the motion is GRANTED. All claims and counterclaims are hereby dismissed with prejudice. Each party will bear their own costs. The Clerk is directed to close the case.

IT IS SO ORDERED this 3rd day of January, 2019.

_____
James M. Moody Jr.
United States District Judge